UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LUCERO M. CORREDOR,

                Plaintiff,

       -against-

COSTCO WHOLESALE CORPORATION,

                Defendant.
--------------------------------------------------------X

**ORDER**

No. 23-CV-1842 (CS)

<u>Seibel, J.</u>

    For the reasons stated on the record on May 25, 2023, the Court remands the case to state court, and the Clerk of Court is respectfully directed to remand this case to the Supreme Court of the State of New York, Westchester County.

    **SO ORDERED.**

Dated: May 25, 2023
       White Plains, New York

_____
Cathy Seibel, U.S.D.J.